# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER LEE CALDER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74309

FILED

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Appellant's counsel has filed a motion to dismiss this appeal as well as a declaration of counsel. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-08523

cc:   Hon. Nathan Tod Young, District Judge
Richard F. Cornell
Christopher Lee Calder
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk